### POLLOCK et v. BRAYTON.

Ohio Appeals, 1st Dist., Hamilton Co.

Mallon & Vordenberg and Harry Marble, Cincinnati, for Pollock.

E. S. Aston, Dean F. Brayton, John J. Weitzel, Joseph T. Harrison, W. W. Bellew, Milton Sayler, Shaffer & Williams, Ralph Kreimer, C. Schneiders, Dempsey & Dempsey, Charles H. Stephens, Jr., and Frank Woodward, Cincinnati, for Brayton.

CUSHING, J.
**DECEDENTS' ESTATES.**
(220 C2) Where those in expectancy under will creating contingent estate were different individuals at different periods of time during continuance of intermediate estate, the remainder is contingent and the fee vests when contingency ceases.
(220 Wa) Will providing for distribution after deaths of life tenants to their bodily heirs in fee simple held not to create an estate tail in that words in fee simple are inconsistent with usual form of limitation in estate tail to bodily heirs.
(220 C2) Where will devised real estate to testator's children and after their death to their bodily heirs in fee simple, remainder vested only after death of life tenants in their surviving children, and attempt by contingent remainderman to dispose of interest in estate before death of life tenant was of no effect.
(Buchwalter and Hamilton, JJ., concur.)
For reference to full opinion, see Omnibus Index, this issue.

### METROPOLITAN LIFE INS. CO. v. OLMSTED CO.

Ohio Appeals, 8th Dist., Cuyahoga Co.
Decided Oct. 3, 1927.
Cook, McGowan, Foote, Bushnell & Burgess, Cleveland, for Insurance Co.
Davis, Young & Vrooman, Cleveland, for Olmsted Co.
VICKERY, J.
**INSURANCE.**
(310 A2) Insurance agency, representing various insurance companies as principals, which nevertheless acted as del credere agent and made contracts on its own behalf, placing policies with various companies and collecting and remitting premiums, held entitled to maintain suit in its own name against insurance company which it represented, to recover premiums claimed to be due from insurance company as mortgagee under fire policy.
**REAL ESTATE.**
(510 M4ql) Mortgagee, which held fire insurance policy under clause in policy for its protection, held not liable for premiums under provision "that, in case the mortgagor or owner shall neglect to pay any premium under this policy, the mortgagee (or trustee) shall on demand pay the same," where, after notice of default of mortgagor, who was insolvent,

mortgagee returned policy for cancellation, since the clause relating to mortgagee's payment of premium did not create covenant but only a condition.
(Sullivan, PJ., and Levine, J., concur.)
For reference to full opinion, see Omnibus Index, this issue.

# THE OMNIBUS INDEX

Covering all Published Ohio Cases and showing on what page of The Abstract will be found the final disposition of all those which are carried to the Supreme Court. The only index of its kind.
(For list of abbreviations, see issue of June 30, 1928, (No. 26) and subsequent quarterly digests.

Bellows Co. v. Covell et. OA. 6 Abs. 307; 28 Oh. Ap. 277★; 162 NE. 621.
Cincinnati (City) v. Hacking. OA. 6 Abs. 613.
Cincinnati Quarries Co. v. Hess, Aud. et. OA. 6 Abs. 319; 28 Oh. Ap. 340★; 162 NE. 686.
Clement v. Fishler. OA. 5 Abs. 663; 28 Oh. Ap. 392★; 162 NE. 706.
Cleveland Ice Cream Co. v. Call. OA. 6 Abs. 610.
Commercial Credit Co. v. Schreyer. OS. No. 21364, 6 Abs. 602.
Community Tract. Co. v. Reno. OA. 6 Abs. 608.
Dayton Power & Light Co v. Jones. OS. No. 21358, 6 Abs. 602.
Depositors Sav. & L. Co. v. Gross. OA. 6 Abs. 606.
Fike v. Less. (S. R.) OS. No. 21019, 6 Abs. 204; MCO. 6 Abs. 237.
Ford v. Anderson. OA. 6 Abs. 363; 28 Oh. Ap. 387★; 162 NE. 708.
Harter v. P. U. C. OS. No. 21362, 6 Abs. 602.
Hayden Invest. Co. v. Meinert, etc. OA. 6 Abs. 604.
Heeden v. Bousinger. OA. 5 Abs. 414; 28 Oh. Ap. 336★; 162 NE. 650.
Hudson v. State. OA. 6 Abs. 604.
Lake Hiawatha Park Assn. v. Knox Co. Agr. Soc. OA. 6 Abs. 615; 28 Oh. Ap. 289★; 162 NE. 653.
Lazarides v. Turowske. OA. 6 Abs. 615; OS. No. 20879, 6 Abs. 29; MCO. 6 Abs. 56; 28 Oh. Ap. 208★; 162 NE. 610.
Lee et v. Fike. (S. R.) OA. 6 Abs. 151; 28 Oh. Ap. 283; 162 NE. 682.
Marion Steam Shovel Co. v. Col. D. & M. Elect. Co. OA. 6 Abs. 561; OS. No. 21176, 6 Abs. 357; MCO. 6 Abs. 389; 28 Oh. Ap. 351★; 162 NE. 725.
McMahon v. Spitzer. OA. 6 Abs. 609.
Met. Life Ins. Co. v. Olmstead. (S. R.) OA. 6 Abs. 616; 28 Oh. Ap. 139★; 162 NE. 641.
Moock v Cincinnati (City) et. OS. No. 21361, 6 Abs. 602.
Nat. Holding Co. v. Oram et. OA. 6 Abs. 415; 28 Oh. Ap. 66★; 162 NE. 704.
Nat. Life Ins. v. Patrick. OA. 6 Abs. 168; OS. No. 21876, 6 Abs. 13; MCO. 6 Abs. 77; 28 Oh. Ap. 267★; 162 NE. 680.
Neiding, Admr. v. Buckley, Admr. OA. 6 Abs. 607; OS. No. 21148, 6 Abs. 325; MCO. 6 Abs. 389.
Olmsted & Co. v. Met. Life Ins. Co. (S. R.) OS. No. 20825, 5 Abs. 781; aff. 6 Abs. 269; Syl. 6 Abs. 383; 161 NE. 276; 118 Oh. St. 421.
Pichel, Admr. v. Fair Store Co. OA. 6 Abs. 612.
Pollock et v. Brayton et. OA. 6 Abs. 614; OA. 6 Abs. 616; 28 Oh. Ap. 172★; 162 NE. 608.
Salem (City) v. Harding. OS. No. 21359, 6 Abs. 602
Schwierking et v. State ex Moeller. OA. 6 Abs. 611.
State ex Poponici v. Agler et. OS. No. 21357, 6 Abs. 602.
State ex Moock v. City of Cincinnati. OS. No. 21260, 6 Abs. 602.
State ex Buehler Print. Co. v. French et. OA. 6 Abs. 606.
State ex Barnes v. Marsh et. OS. No. 21356, 6 Abs. 606.
Valentine, In Re. OA. 6 Abs. 605.
Zwick v. Zwick. OA. 6 Abs. 603; OS. No. 21076, 6 Abs. 253; MCO. 6 Abs. 293, 6 Abs. 357.